# United States Court of Appeals for the Federal Circuit

---

**FRAUNHOFER-GESELLSCHAFT ZUR FORDERUNG DER ANGEWANDTEN FORSCHUNG E.V.,**
*Plaintiff-Appellant*

**v.**

**SIRIUS XM RADIO INC.,**
*Defendant-Appellee*

---

2023-2267

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00184-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

June 9, 2025
Date

Jarrett B. Perlow
Clerk of Court